UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                                                                            CASE: A20-70463-SMS

CAROL YVONNE FRANCOSO                                            CHAPTER 13

**Debtor**

**NOTICE OF DEPOSIT OF UNCLAIMED FUNDS**

COMES NOW K. EDWARD SAFIR, Standing Chapter 13 Trustee, and files this Notice that he is remitting to the Registry of the Clerk of the United States Bankruptcy Court the following payment(s):

Check Number:     1160
Check Date:          03/31/2022

| Payee Name | Amount |
|---|---|
| CAROL YVONNE FRANCOSO | $2,876.60 |

These funds are being remitted to the Registry because the payee has not claimed the funds.

**CERTIFICATE OF SERVICE**

I further certify that I have on this day, April 13, 2022, electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

HONSALEK LAW, LLC

Respectfully submitted,

 /s/_____
K. Edward Safir, Standing Chapter 13 Trustee
GA Bar No. 622149
285 Peachtree Center Ave, Suite 1600
Atlanta, GA  30303-1229
(404) 525-1110
eds@atlch13tt.com